AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_Southern_ District of _California_

United States, Plaintiff(s),

v.

Eric Marquez, Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16CR2985LAB

Notice is hereby given that, subject to approval by the court, ERIC ALFONSO MARQUEZ (Party(s) Name) substitutes GREGORY GARRISON (Name of New Attorney), State Bar No. 238981 as counsel of record in place of _____ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: LAW OFFICE OF GREGORY GARRISON
- Address: 402 W. Broadway, Suite 400
- Telephone: 619-615-4216    Facsimile: 619-595-3150
- E-Mail (Optional): greg@garrisoncriminaldefense.com

I consent to the above substitution.
Date: 04/04/2017
(Signature of Party(s))

I consent to being substituted.
Date: 4/5/17
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 04/01/2017
(Signature of New Attorney) Gregory Garrison

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]