MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA     VS     Eric Alfonso Marquez

Case Number: 16CR2985-LAB     **WITNESS LIST**     Type of Hearing: Jury Trial

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| 5/16/17 | X | | MIGUEL SANCHEZ |
| 5/16/17 | X | | DONALD WEBSTER |
| 5/16/17 | X | | JOSEPH WESTMORELAND |
| 5/16/17 | X | | JOHNNY PESTANO |
| 5/16/17 | | X | JOSE BUSTAMANTE |
| 5/16/17 | | X | ISTHAR MARQUEZ |
| 5/16/17 | | X | ERIC MARQUEZ |
| 5/16/17 | X | | SCOTT BLACKHALL |